1 | David N. McDevitt (030761)
2 | **LOVEIN | RIBMAN, P.C.**
   | 1225 Main Street, Suite 200
3 | Grapevine, Texas 76051
   | (817) 442-5106 (Telephone)
4 | (817) 442-5108 (Facsimile)
5 | dmcdevitt@loveinribman.com
   | *Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# TUCSON DIVISION

| | |
|---|---|
| Anthony McCraw and Chance McCraw, | Case No.: 4:25-cv-00154-TUC-RM |
| Plaintiffs, | |
| v. | **PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW CHANCE MCCRAW AS COUNSEL** |
| Argue Custom Homes, Inc.; AllHaus Texas, LLC; HomeWorks Property Management LLC d/b/a AllHaus; the Estate of Thomas S. Argue; Margaret Ann Argue; The Argue Family Trust dated September 6, 2001; AllHaus, LLC; and Dustin Cumming; | **DISTRICT JUDGE ROSEMARY MARQUEZ** |
| Defendants. | |

Chance McCraw, by and through counsel, respectively moves to withdraw as counsel to Plaintiffs Anthony and Chance McCraw in the above-captioned matter, as Plaintiffs have retained other counsel. Plaintiffs will continue to be represented by David N. McDevitt of Lovein Ribman, P.C., who has appeared before the Court. *See* Doc. 75. Mr. McCraw requests that this Court grant the motion to withdraw pursuant to LRCiv 83.3.

Respectfully submitted on this 23rd day of January 2026.

**LOVEIN | RIBMAN, P.C.**

By: */s/ David N. McDevitt*
David N. McDevitt

<pre>
                              AZ Bar No. 030761
                              TX Bar No. 24117433
                              dmcdevitt@loveinribman.com
                              1225 Main Street, Suite 200
                              Grapevine, Texas 76051
                              (817) 442-5106 (Telephone)
                              (817) 442-5108 (Facsimile)
                              *Attorney for Plaintiffs*
</pre>

## **CERTIFICATE OF CONFERENCE**

I certify that on January 22, 2026, I conferred with opposing counsel for Defendants, who advised that they do not oppose the requested relief.

By:   */s/ David N. McDevitt*
      David N. McDevitt

## **CERTIFICATE OF SERVICE**

I certify that on January 23, 2026, I electronically filed the foregoing document with the clerk of the U.S. District Court of Arizona, using the electronic case filing system of the court, which will send notification of such filing to all counsel of record.

By:   */s/ David N. McDevitt*
      David N. McDevitt

```
                              AZ Bar No. 030761
                              TX Bar No. 24117433
                              dmcdevitt@loveinribman.com
                              1225 Main Street, Suite 200
                              Grapevine, Texas 76051
                              (817) 442-5106 (Telephone)
                              (817) 442-5108 (Facsimile)
                              Attorney for Plaintiffs
```

## **CERTIFICATE OF CONFERENCE**

I certify that on January 22, 2026, I conferred with opposing counsel for Defendants, who advised that they do not oppose the requested relief.

By:   */s/ David N. McDevitt*
      David N. McDevitt

## **CERTIFICATE OF SERVICE**

I certify that on January 23, 2026, I electronically filed the foregoing document with the clerk of the U.S. District Court of Arizona, using the electronic case filing system of the court, which will send notification of such filing to all counsel of record.

By:   */s/ David N. McDevitt*
      David N. McDevitt