# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# TUCSON DIVISION

| | |
|---|---|
| Anthony McCraw and Chance McCraw, <br><br> Plaintiffs, <br><br> v. <br><br> Argue Custom Homes, Inc.; AllHaus Texas, LLC; HomeWorks Property Management LLC d/b/a AllHaus; the Estate of Thomas S. Argue; Margaret Ann Argue; The Argue Family Trust dated September 6, 2001; AllHaus, LLC; and Dustin Cumming; <br><br> Defendants. | Case No.: 4:25-cv-00154-TUC-RM <br><br> **PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW CHANCE MCCRAW AS COUNSEL** <br><br> **DISTRICT JUDGE ROSEMARY MARQUEZ** |

The Court has considered Plaintiffs' Unopposed Motion to Withdraw Chance McCraw as Counsel ("Motion"). After considering the Motion, and for good cause shown, the Court finds that the Motion should be and is hereby **GRANTED**.

IT IS SO ORDERED.