Exhibit B

| Line | Date | Timekeeper | Time | Rate Billed | Amt | Narrative | Objections |
|---|---|---|---|---|---|---|---|
| 1 | 4/22/2025 | Johnson, Nicholas | 0.2 | $450.00 | $90.00 | Review file, amended complaint, and upcoming action items. | Block billing; work for other defendants. |
| 2 | 4/23/2025 | Johnson, Nicholas | 0.5 | $450.00 | $225.00 | Review filed documents, summons (not yet served), and upcoming matters. | Block billing; work for other defendants. |
| 3 | 5/11/2025 | Johnson, Nicholas | 3 | $450.00 | $1,350.00 | Prepare motion to dismiss for AllHaus Montana, including research on personal specific and general jurisdiction, and preparing sections on personal jurisdiction and failure to state claims. | Block billing; excessive. |
| 4 | 5/12/2025 | Johnson, Nicholas | 4.5 | $450.00 | $2,025.00 | Prepare Motion to Dismiss for AllHaus Montana and research general and specific personal jurisdictional issues; prepare sections on alter ego and fraud component of alter ego. | Block billing; excessive. |
| 5 | 5/13/2025 | Lopez, Louis | 6 | $650.00 | $3,900.00 | Legal research/pull jurisdictional standards to bring a party into court through alter ego even when the company has no direct contact in the forum state (2.0); legal research/pull case law holding that just because a company maintains a mailbox in the forum state that is insufficient to confer jurisdiction over that party (1.5); find case law holding it plaintiff's burden to please specific facts establishing personal jurisdiction over AllHaus LLC (.5); updated legal research on Texas law to rebutting every pled allegation that Plaintiffs rely on to establish alter ego against AllHaus LLC to show that the allegations individually or collectively do not establish alter ego (2.0); draft reply in support of motion to dismiss AllHaus, LLC (1.8). | Associate-level work; excessive. |
| 6 | 5/13/2025 | Johnson, Nicholas | 6 | $450.00 | $2,700.00 | Prepare motion to dismiss for AllHaus Montana - focusing on sections pertaining to Agreement and jurisdictional issues. | Block billing; excessive; work not relevant to arguments. |
| 7 | 5/13/2025 | Johnson, Nicholas | 0.2 | $450.00 | $90.00 | Prepare good faith certificate for meet and confer with Chance McCraw. | |
| 8 | 5/13/2025 | Johnson, Nicholas | 0.5 | $450.00 | $225.00 | Conference with Louis Lopez on Motion to Dismiss issues. | |
| 9 | 5/13/2025 | Johnson, Nicholas | 0.1 | $450.00 | $45.00 | Email John and Dustin regarding [REDACTED] | Vague; work for other defendants. |
| 10 | 5/13/2025 | Johnson, Nicholas | 0.5 | $450.00 | $225.00 | Research Texas alter ego law in support of motion to dismiss. | |
| 11 | 5/13/2025 | Johnson, Nicholas | 0.3 | $450.00 | $135.00 | Prepare Dustin Cumming Declaration in support of Motion to Dismiss. | |
| 12 | 5/13/2025 | Johnson, Nicholas | 1.3 | $450.00 | $585.00 | Research jurisdictional issues pertaining to alter ego theories. | Vague, excessive. |
| 13 | 5/13/2025 | Johnson, Nicholas | 0.5 | $450.00 | $225.00 | Prepare answer to amended complaint for AllHaus Montana. | Never filed an answer, unused work. |
| 14 | 5/13/2025 | Johnson, Nicholas | 0.4 | $450.00 | $180.00 | Conference with Louis Lopez regarding jurisdictional issues pertaining to alter ego. | |
| 15 | 5/13/2025 | Johnson, Nicholas | 2 | $450.00 | $900.00 | Prepare declaration for Dustin Cumming for jurisdictional issues. | Excessive. |
| 16 | 5/14/2025 | Lopez, Louis | 4 | $650.00 | $2,600.00 | Work on Mr. Cumming's declaration (1.0); legal research/pull case law on Arizona alter ego law to rebut every allegation in the complaint relied upon by plaintiff to assert alter ego against AllHaus LLC (2.0); search for/look for case from the District Court of Arizona specifically addressing standards being employed in the jurisdiction to evaluate alter ego for purposes of asserting personal jurisdiction over a non-forum corporate entity (1.5); find case law holding that allegations pled "upon information and belief" are considered conclusory allegation for evaluating complaint (.5); pull out critical provisions from the contract to rebut specifc allegations cited to and/relied upon to asert alter ego against AllHaus LLC (.5); complete reply to motion to dismiss by AllHaus LLC (4.0). | Associate-level work; excessive; unlikely that billed in increments of .5. |
| 17 | 5/14/2025 | Johnson, Nicholas | 2.5 | $450.00 | $1,125.00 | Prepare Dustin Cumming Declaration for motion to dismiss. | Excessive. |

| Line | Date | Timekeeper | Time | Rate Billed | Amt | Narrative | Objections |
|---|---|---|---|---|---|---|---|
| 18 | 5/14/2025 | Johnson, Nicholas | 0.3 | $450.00 | $135.00 | Conference with Louis Lopez regarding Dustin's Declaration. | Excessive. |
| 19 | 5/14/2025 | Johnson, Nicholas | 0.3 | $450.00 | $135.00 | Conference with Chance McCraw regarding Motion to Dismiss. | Excessive. |
| 20 | 5/14/2025 | Johnson, Nicholas | 2 | $450.00 | $900.00 | Final review of Motion to Dismiss. | Excessive. |
| 21 | 5/28/2025 | Johnson, Nicholas | 1.2 | $450.00 | $540.00 | Review file and pleadings in preparation of McCraw's Response to Motion to Dismiss for AllHaus Montana. | Clerical task; vague; excessive. |
| 22 | 5/29/2025 | Johnson, Nicholas | 7 | $450.00 | $3,150.00 | Review McCraw's response with exhibits, analyze corporation commission for Arizona and Montana, review corporate documents,, analyze and assess case law and statutes for reply, and prepare reply. | Block billing; vague; excessive. |
| 23 | 5/30/2025 | Johnson, Nicholas | 7 | $450.00 | $3,150.00 | Review response to motion to dismiss provisions concerning the Agreement and jurisdiction, research case law on jurisdiction and alter ego issues and theories for reply. Conference with Louis Lopez regarding McCraws' response regarding inclusion of contract being necessary for analysis with alter ego for jurisdictional purposes. Review amendment to contract with Frost Bank involved. | Block billing; excessive. |
| 24 | 6/2/2025 | Lopez, Louis | 2.7 | $650.00 | $1,755.00 | Review/analyze response to motion to dismiss, including review financing contract relied upon (2.2); discuss reply with Mr. Johnson (.3); work on acceptance of process (.2). | Excessive; service occurred on 4/23. |
| 25 | 6/2/2025 | Johnson, Nicholas | 9 | $450.00 | $4,050.00 | Research and review Texas law for no-damages-for-delay provision and prepare reply regarding same provision and Plaintiffs' failure to abide by the contract. Research and prepare section for Reply on jurisdictional issues including "at-home" and affidavits. | Block billing; excessive. |
| 26 | 6/2/2025 | Johnson, Nicholas | 0.1 | $450.00 | $45.00 | Email Dustin Cumming regarding [REDACTED]. | Vague; work for other defendants. |
| 27 | 6/2/2025 | Johnson, Nicholas | 0.1 | $450.00 | $45.00 | Receive and assess email from Dustin Cumming. | Vague; work for other defendants. |
| 28 | 6/3/2025 | Lopez, Louis | 7.2 | $650.00 | $4,680.00 | Legal research on how remote working/remote corporate headquarters are views for general jurisdiction analysis (1.5); pull case law/research Texas fraud statute (1.0); pull/find case law holding that a member/manager is not liable for a limited liability companies debts in Arizona and Montana (.3); work with Mr.. Johnson regarding the physical location of identified employees cited to/relied on by Plaintiffs to assert general jurisdiction (.2); work on introduction to reply in support of motion to dismiss to emphasize plaintiffs' pivot to argue that AllHaus Montana and AllHaus Arizona are alter egos of each other instead of AllHaus Montana (.7); work on reply section rebutting plaintiffs' criticism of Mr. Cumming's declaration (.5); work on rebutting plaintiffs' argument that the court has general jurisdiction over AllHaus Montana (3.0). | Associate-level work; excessive. |
| 29 | 6/3/2025 | Johnson, Nicholas | 3 | $450.00 | $1,350.00 | Review and assess complaint and reply. | Clerical task; vague; excessive. |
| 30 | 6/3/2025 | Johnson, Nicholas | 0.2 | $450.00 | $90.00 | Conference with Louis Lopez regarding Amended Complaint, MTD, Response, and Reply regarding jurisdictional issues. | Work for other defendants. |
| 31 | 6/3/2025 | Johnson, Nicholas | 3 | $450.00 | $1,350.00 | Review alter ego laws under Texas law regarding multiple entities and derivative liability. | Block billing; work for other defendants. |
| 32 | 6/3/2025 | Johnson, Nicholas | 11 | $450.00 | $4,950.00 | Research and prepare the following arguments for reply: specific jurisdiction argument, well plead claims, and purpose for evidentiary hearing. | Block billing; work not ruled on by the Court; excessive. |
| 33 | 6/4/2025 | Johnson, Nicholas | 2.5 | $450.00 | $1,125.00 | Analyze and assess amended complaint, reply, our MTD, and strategize declarations and reply on specific jurisdiction. | Block billing; vague; excessive. |
| 34 | 6/4/2025 | Johnson, Nicholas | 0.8 | $450.00 | $360.00 | Prepare declarations for Tony Ausick and Devin Montoya. | Block billing. |

| Line | Date | Timekeeper | Time | Rate Billed | Amt | Narrative | Objections |
|---|---|---|---|---|---|---|---|
| 35 | 6/4/2025 | Johnson, Nicholas | 5.5 | $450.00 | $2,475.00 | Research and prepare reply regarding specific jurisdiction on topics of unreasonableness and purposeful availment. Prepare sections on immediate discovery. | Block billing; work not ruled on by the Court; excessive. |
| 36 | 6/4/2025 | Johnson, Nicholas | 0.1 | $450.00 | $45.00 | Email Tony Ausick and Devin Montoya regarding declarations. | |
| 37 | 6/4/2025 | Johnson, Nicholas | 0.1 | $450.00 | $45.00 | Phone call with Dustin Cumming regarding [REDACTED]. | Vague; work for other defendants. |
| 38 | 6/4/2025 | Johnson, Nicholas | 0.2 | $450.00 | $90.00 | Phone call with John Fawaz regarding [REDACTED]. | Vague; work for other defendants. |
| 39 | 6/4/2025 | Johnson, Nicholas | 0.2 | $450.00 | $90.00 | Phone call with John Fawaz regarding [REDACTED]. | Vague; work for other defendants. |
| 40 | 6/4/2025 | Johnson, Nicholas | 0.2 | $450.00 | $90.00 | Review declarations for Tony Ausick and Devin Montoya. | |
| 41 | 6/4/2025 | Johnson, Nicholas | 0.1 | $450.00 | $45.00 | Email Dustin Cumming, Tony Ausick, and Devin Montoya regarding [REDACTED]. | Vague; work for other defendants. |
| 42 | 6/4/2025 | Johnson, Nicholas | 0.4 | $450.00 | $180.00 | Revise and edit Declaration provision of Reply and review previously filed declaration of Dustin Cumming. | |
| 43 | 6/4/2025 | Johnson, Nicholas | 0.1 | $450.00 | $45.00 | Phone call with Devin Montoya. | Vague; work for other defendants. |
| 44 | 6/5/2025 | Johnson, Nicholas | 0.3 | $450.00 | $135.00 | Review file and next steps. | |
| 45 | 6/12/2025 | Johnson, Nicholas | 2.4 | $450.00 | $1,080.00 | Receive and assess motion for leave to file surreply and surreply. | Vague; never filed a sur-response. |
| 46 | 6/12/2025 | Johnson, Nicholas | 0.1 | $450.00 | $45.00 | Email John Fawaz and Dustin Cumming regarding [REDACTED]. | Vague; work for other defendants. |
| 47 | 6/12/2025 | Johnson, Nicholas | 1.5 | $450.00 | $675.00 | Research and review case law on sur-reply and reasons for denying request from court. | Never filed a sur-response, unused work. |
| 48 | 6/13/2025 | Johnson, Nicholas | 0.5 | $450.00 | $225.00 | Review surreply and approach for response. | |
| 49 | 6/25/2025 | Lopez, Louis | 2.9 | $650.00 | $1,885.00 | Draft response to motion for leave to file sur response and extend existing deadlines (.3). | Never filed a sur-response, unused work; billing entry does not match total hours. |
| 50 | 6/27/2025 | Shah, Shubi D. | 2.1 | $435.00 | $913.50 | Research and draft surresponse to Plaintiffs surreply on Motion to Dismiss. | Never filed a sur-response, unused work. |
| 51 | 6/27/2025 | Shah, Shubi D. | 0.7 | $435.00 | $304.50 | Build personal knowledge regarding facts of the case to begin drafting the surresponse by reviewing filings, and understanding the chronology from PACER. | Never filed a sur-response, unused work. |
| 52 | 6/27/2025 | Shah, Shubi D. | 1.1 | $435.00 | $478.50 | Review prior Motions to the Surresponse to aid in drafting Surresponse. | Never filed a sur-response, unused work. |
| 53 | 6/30/2025 | Shah, Shubi D. | 2.4 | $435.00 | $1,044.00 | Research and draft first argument section of surresponse to surreply. | Never filed a sur-response, unused work. |
| 54 | 7/14/2025 | Woods, Kyra | 4.1 | $725.00 | $2,972.50 | Reviewed and edited sur-sur-response to motion to dismiss. | Never filed a sur-response, unused work. |
| 55 | 7/16/2025 | Woods, Kyra | 3 | $725.00 | $2,175.00 | Researched and drafted surresponse to motion to dismiss. | Never filed a sur-response, unused work. |
| 56 | 9/29/2025 | Gould, George | 0.2 | $450.00 | $90.00 | Perform cursory review and analysis of Plaintiff's Motion for Personal Jurisdiction and Alter Ego Discovery. | |
| 57 | 10/1/2025 | Gould, George | 2.2 | $450.00 | $990.00 | Analyze Motion requesting jurisdictional and alter ego discovery [1.4]; draft email memo to L. Lopez re: recommendation on how to proceed in light of analysis of Motion [.4]; analyze federal caselaw and rules regarding whether the Motion for discovery was properly brought [.3]; analyze federal caselaw regarding defamation in filings [.1]. | |

| Line | Date | Timekeeper | Time | Rate Billed | Amt | Narrative | Objections |
|---|---|---|---|---|---|---|---|
| 58 | 10/3/2025 | Gould, George | 0.4 | $450.00 | $180.00 | Analyze email correspondence from C. McCraw and draft reply re: same for L. Lopez's review in light of previous filings over discovery. | Block billing; work for other defendants; email regarding discovery that was never responded to. |
| 59 | 10/7/2025 | Gould, George | 1.2 | $450.00 | $540.00 | Analyze Court's Order partially granting Motion to Strike (Dkt. 20) and draft response to C. McCraw's email re: improper discovery [.2]; Correspond with D. Meiering re: Mt. for Alter Ego and Jurisdictional Discovery [1]; Develop drafting strategy with D. Meiering for Response to Motion for Jurisdictional and Alter Ego Discovery [.2]. | Vague; work for other defendants; excessive. |
| 60 | 10/7/2025 | Meiering, Dallis | 1 | $450.00 | $450.00 | Correspond w/ G. Gould re: Alter Ego and Personal Jurisdiction Discovery. | Vague; work for other defendants; excessive. |
| 61 | 10/7/2025 | Meiering, Dallis | 5.6 | $450.00 | $2,520.00 | Analyze case files re: procedural history, Amended Complaint, pending Motions to Dismiss and begin drafting Response to Plaintiffs' Motion for Jurisdictional and Alter Ego Discovery. | Block billing; redundant work; excessive. |
| 62 | 10/7/2025 | Meiering, Dallis | 1.3 | $450.00 | $585.00 | Draft Response to Motion for Jurisdictional and Alter Ego Discovery. | Vague; work for other defendants. |
| 63 | 10/7/2025 | Meiering, Dallis | 0.2 | $450.00 | $90.00 | Develop drafting strategy with G. Gould for Response to Motion for Jurisdictional and Alter Ego Discovery | Vague; work for other defendants. |
| 64 | 10/7/2025 | Meiering, Dallis | 0.5 | $450.00 | $225.00 | Develop research regarding alter ego jurisdictional discovery case law. | Vague; work for other defendants. |
| 65 | 10/8/2025 | Gould, George | 0.1 | $450.00 | $45.00 | ~~Finish reviewing previous filings' representations re: AllHaus Arizona to ensure consistency [.3]; draft email memo to L. Lopez re: findings after reviewing declarations submitted in case and review of filings re: AllHaus Arizona's status [.5];~~ review McCraw's latest filing re: jurisdictional/alter ego discovery and exhibits to same specifically for allegations regarding D. Montoya and T. Ausick [ 1] | Work for other defendants. |
| 66 | 10/8/2025 | Meiering, Dallis | 7.2 | $450.00 | $3,240.00 | Draft Response to Motion for Jurisdictional Discovery re Mr. Cumming and Plaintiffs' evidence. | Block billing; work for other defendants. |
| 67 | 10/8/2025 | Meiering, Dallis | 0.1 | $450.00 | $45.00 | Develop drafting strategy regarding Mr. Cumming and AllHaus Montana. | Work for other defendants. |
| 68 | 10/8/2025 | Meiering, Dallis | 0.9 | $450.00 | $405.00 | Continued drafting Response to Motion for Jurisdictional Discovery and revise the same. | Block billing; work for other defendants. |
| 69 | 10/9/2025 | Gould, George | 0.6 | $450.00 | $270.00 | Develop strategy re: jurisdictional and alter ego discovery. | Work for other defendants. |
| 70 | 10/9/2025 | Lopez, Louis | 0.8 | $650.00 | $520.00 | Review motion for jurisdictional discovery and work on response to the same. | Block billing; work for other defendants. |
| 71 | 10/9/2025 | Meiering, Dallis | 0.6 | $450.00 | $270.00 | Develop drafting strategy with L. Lopez and G. Gould for Response to Motion for Jurisdictional Discovery re: alter ego discovery. | Work for other defendants. |
| 72 | 10/9/2025 | Meiering, Dallis | 0 | $450.00 | $0.00 | ~~Continue drafting Response to Motion for Jurisdictional Discovery re torts and unjust enrichment claims against Mr. Cumming~~ begin drafting AllHaus Montana sections. | Block billing; work for other defendants. |
| 73 | 10/10/2025 | Meiering, Dallis | 6.1 | $450.00 | $2,745.00 | Continue drafting and revising Response to Motion for Jurisdictional Discovery re: all Defendants, post-judgment remedies, and alter ego. | Block billing; work for other defendants. |
| 74 | 10/10/2025 | Meiering, Dallis | 0.2 | $450.00 | $90.00 | Prepare and send notice of appearance. | Work for other defendants. |
| 75 | 10/10/2025 | Meiering, Dallis | 0.4 | $450.00 | $180.00 | Draft and revise Response to Motion for Jurisdictional Discovery | Work for other defendants. |
| 76 | 10/10/2025 | Gould, George | 3.4 | $450.00 | $1,530.00 | Revise Notice of appearance [.1]; revise Response to Motion for Juris. and Alter Ego Discovery [3.3]. | Work for other defendants. |

| Line | Date | Timekeeper | Time | Rate Billed | Amt | Narrative | Objections |
|---|---|---|---|---|---|---|---|
| 77 | 10/11/2025 | Gould, George | 4.1 | $450.00 | $1,845.00 | Continue revising Motion for Jurisdictional and Alter Ego Discovery [3.7]; analyze McCraw RFPs for purposes of their usefulness for an Exhibit to same [.1]; analyze federal caselaw regarding how alter ego and personal jurisdiction discovery are intertwined and regarding contradictory pleadings and judicial admissions in a Complaint [.3]. | Never responded to RFPs; work for other defendants; vague. |
| 78 | 10/11/2025 | Meiering, Dallis | 0.1 | $450.00 | $45.00 | Address case law issue re: personal jurisdiction activities in a forum with G. Gould. | Work for other defendants. |
| 79 | 10/13/2025 | Gould, George | 0.4 | $450.00 | $180.00 | Begin final review of Response to Motion for Jurisdictional Discovery and Alter Ego. | Work for other defendants. |
| 80 | 10/13/2025 | Meiering, Dallis | 2.8 | $450.00 | $1,260.00 | Complete final review and revisions to Response to Motion for Jurisdictional and Alter Ego Discovery. | Block billing; vague; work for other defendants. |
| 81 | 10/13/2025 | Meiering, Dallis | 0.2 | $450.00 | $90.00 | Address issue re: filing notice of appearance. | Work for other defendants. |
| 82 | 10/13/2025 | Meiering, Dallis | 0.2 | $450.00 | $90.00 | Analyze local rules for civil procedure regarding certificate of service requirements for electronic filings. | Excessive. |
| 83 | 10/14/2025 | Gould, George | 1.5 | $450.00 | $675.00 | Finish final revisions of Response re: Jurisdictional and Alter Ego Discovery [.7]; perform AI-assisted final proofread for syntax and other issues [.5]; analyze email from opposing counsel regarding Response exhibits and analyze exhibits [.3]. | Work for other defendants. |
| 84 | 10/14/2025 | Lopez, Louis | 2.9 | $650.00 | $1,885.00 | Work on response to motion for jurisdiction discovery; work on response to newest demand from Texas counsel. | Block billing; demand is not related to this case; |
| 85 | 10/14/2025 | Meiering, Dallis | 0.6 | $450.00 | $270.00 | Finalize Response to Motion for Jurisdictional and Alter Ego Discovery, Exhibit, and prepare for filing. | Block billing; work for other defendants. |
| 86 | 10/22/2025 | Meiering, Dallis | 0.3 | $450.00 | $135.00 | Review McCraw's Reply to Motion for Jurisdictional and Alter Ego Discovery | Work for other defendants. |
| 87 | 10/24/2025 | Gould, George | 0.3 | $450.00 | $135.00 | Analyze McCraw Reply re: Jurisdictional and Alter Ego Discovery [.1]; discuss procedural history re: alleged Rule 26(f) conference [.2]. | Work for other defendants. |
| | | TOTALS: | 164.3 | | $81,093.00 | | |