David N. McDevitt (030761)
**LOVEIN | RIBMAN, P.C.**
1225 Main Street, Suite 200
Grapevine, Texas 76051
(817) 442-5106 (Telephone)
(817) 442-5108 (Facsimile)
dmcdevitt@loveinribman.com
*Attorney for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## TUCSON DIVISION

| | |
|---|---|
| Anthony McCraw and Chance McCraw,<br><br>Plaintiffs,<br><br>v.<br><br>Argue Custom Homes, Inc.; AllHaus Texas, LLC; HomeWorks Property Management LLC d/b/a AllHaus; the Estate of Thomas S. Argue; Margaret Ann Argue; The Argue Family Trust dated September 6, 2001; AllHaus, LLC; and Dustin Cumming;<br><br>Defendants. | **Case No.: 4:25-cv-00154-TUC-RM**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**DISTRICT JUDGE ROSEMARY MARQUEZ** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Anthony and Chance McCraw, by and through their undersigned counsel, hereby file this stipulation of dismissal with prejudice as to all claims against Defendants. This stipulation is signed by all parties who have appeared.

Respectfully submitted on this 13th day of March 2026.

        **LOVEIN | RIBMAN, P.C.**

        By: */s/ David N. McDevitt*
        David N. McDevitt

- 1 -

AZ Bar No. 030761
TX Bar No. 24117433
dmcdevitt@loveinribman.com
1225 Main Street, Suite 200
Grapevine, Texas 76051
(817) 442-5106 (Telephone)
(817) 442-5108 (Facsimile)
*Attorney for Plaintiffs*

**STIPULATED TO:**

By: /s/ *Louis D. Lopez (with permission)*
Louis D. Lopez, SBN 021191
Louis.Lopez@gtlaw.com
**GREENBERG & TRAURIG, LLP**
2375 East Camelback Road, Suite 800
Phoenix, AZ 85016
(602) 445-8000

*Attorneys for Argue Defendants Argue Custom Homes, Inc.;*
*AllHaus Texas, LLC; the Estate of Thomas Scott Argue;*
*HomeWorks Property Management, LLC d/b/a AllHaus;*
*Margaret Ann Argue; AllHaus, LLC; Dustin Cumming;*
*and The Argue Family Trust dated September 6, 2001*

## CERTIFICATE OF SERVICE

I certify that on March 13, 2026, I electronically filed the foregoing document with the clerk of the U.S. District Court of Arizona, using the electronic case filing system of the court, which will send notification of such filing to all counsel of record.

By:     /s/ *David N. McDevitt*
          David N. McDevitt