**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**TUCSON DIVISION**

| | |
|---|---|
| Anthony McCraw and Chance McCraw,<br><br>Plaintiffs,<br><br>v.<br><br>Argue Custom Homes, Inc.; AllHaus Texas, LLC; HomeWorks Property Management LLC d/b/a AllHaus; the Estate of Thomas S. Argue; Margaret Ann Argue; The Argue Family Trust dated September 6, 2001; AllHaus, LLC; and Dustin Cumming;<br><br>Defendants. | **Case No.: 4:25-cv-00154-TUC-RM**<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**DISTRICT JUDGE ROSEMARY MARQUEZ** |

The Court has considered Plaintiffs' Stipulation of Dismissal with Prejudice ("Stipulation"). After considering the Stipulation, which is signed by all parties who have appeared, the Court finds that this matter should be and is hereby DISMISSED with prejudice as to all named defendants.  The Parties shall bear their own attorneys' fees, taxable costs, costs, expert fees and litigation expenses.

IT IS SO ORDERED.

- 1 -